UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:
MURAICE ESTERVON WALKER         CASE NO.: 17-23889-JKO
                                CHAPTER: 13
    Debtor.
_____/

## MOTION TO COMPEL MODIFIED PLAN IN CONNECTION TO MORTGAGE MODIFICATION MEDIATION PROGRAM

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW, **Wells Fargo Bank, N.A.** ("Movant"), its successors and or assigns, by and through the undersigned counsel, and moves this honorable Court for an Order Compelling the Debtor to Modify the Confirmed Second Amended Chapter 13 Plan. In support thereof, Movant states as follows:

1. On November 17, 2017, Muraice Estervon Walker, hereinafter (the "Debtor"), filed for relief under Chapter 13 of the Bankruptcy Code.

2. Movant has a secured interest in real property located at 6741 NW 45th St, Lauderhill, FL 33319 (the "Subject Property").

3. Movant affirms a timely Proof of Claim [Claim 2-1] was filed on January 22, 2018 in the amount of $274,916.83 in secured mortgage debt, and $71,038.62 as secured mortgage arrears.

4. On February 23, 2018, the Debtor filed an Attorney Represented Debtor Verified Out of Time Motion for Referral to Mortgage Modification Mediation ("MMM") with Lender WELLS FARGO BANK, N.A. **[DE 24]** relating to the Subject Property.

5. On March 16, 2018 this Court entered an Order Granting Verified Out of Time Motion for Referral to Mortgage Modification **[DE 41]**.

6. On May 04, 2018, the Debtor filed a Second Amended Chapter 13 Plan **[DE 50]**. Pursuant to the Debtor's Plan, if the **"Lender and the Debtor fail to reach a settlement, then no later than 14 calendar days after the Mediator's Final Report is filed, the Debtor will amend or modify the plan to (a) conform to the Lender's Proof of Claim (if the Lender has filed a Proof of Claim), without limiting the Debtor's right to object to the claim or proceed with a motion to value; or (b) provide that the real property will be**

ALAW File No. 18-004766

**surrendered"**. If the amended or modified plan provides that the real property is to be surrendered, then the obligations to the Lender will be considered "treated outside the plan" and the Lender shall have in rem relief from the automatic stay as to the real property being surrendered." (Emphasis added).

7. This Court entered an Order Confirming the Debtor's Second Amended Chapter 13 Plan on September 13, 2018 **[DE 65]**.

8. On August 13, 2018, the Mediator, Christian McCue, Esq., entered a Final Report of Loss Mitigation/Mortgage Modification Mediator **[DE 63]**. Per the Final Report, the parties did **not** reach an agreement.

9. As of the date of filing this Motion, the Debtor has failed to modify the Plan to conform to the Movant's Proof of Claim *or* provide that the real property will be surrendered.

10. Movant requests that this matter be set for hearing.

11. Movant reserves the right to amend and/or supplement this Motion, as necessary.

WHEREFORE, **Wells Fargo Bank, N.A.** respectfully requests the Court enter an order:

   a) Compelling the Debtor to comply with the Order Confirming the Second Amended Chapter 13 Plan and file a modified plan conform to the Movant's Proof of Claim *or* providing that the Subject Property will be surrendered; and

   b) Granting any and all other relief that the Court deems just and appropriate.


Ella Roberts, Esq.
**Albertelli Law**
Attorney for Secured Creditor
PO Box 23028
Tampa, FL 33623
Telephone: (813) 221-4743
Facsimile: (813) 221-9171
bkfl@albertellilaw.com

By: /s/ *Ella Roberts*
Ella Roberts, Esq.
FBN 0075943

ALAW File No. 18-004766

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true and correct copy of the foregoing was provided via electronic and/or regular U.S. Mail to the parties on the attached service list, this 3rd day of October, 2018.

Muraice Estervon Walker
6741 NW 45th St
Lauderhill, FL 33319-4073

Elias Leonard Dsouza
111 N Pine Island Rd #205
Plantation, FL 33324

Robin R Weiner
www.ch13weiner.com
POB 559007
Fort Lauderdale, FL 33355

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130

                                      Ella Roberts, Esq.
                                      **Albertelli Law**
                                      Attorney for Secured Creditor
                                      PO Box 23028
                                      Tampa, FL 33623
                                      Telephone: (813) 221-4743
                                      Facsimile: (813) 221-9171
                                      bkfl@albertellilaw.com

                                      By: /s/ *Ella Roberts*
                                      Ella Roberts, Esq.
                                      FBN 0075943

ALAW File No. 18-004766